# United States District Court
# District of Massachusetts

ALBERTO CARBAJAL,
    Plaintiff,

                                       CIVIL ACTION NO:
    v.                              09-10877-RBC

JAMES ELUMBA,
    Defendant.

## ORDER RE: SETTLEMENT

COLLINGS, U.S.M.J.

After Mediation, counsel advised that the above-styled case settled. Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Monday, September 20, 2010.**

                                                */s/ ROBERT B. COLLINGS*
                                                ROBERT B. COLLINGS
                                                United States Magistrate Judge

August 24, 2010.